LARISSA KIRAKOSIAN
17966 VALLEY VISTA
ENCINO, CA 91316
818-200-7550
DEBTOR

FILED
APR 27 2018
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA [SAN FERNANDO VALLEY DIVISION]

In re:

LARISSA KIRAKOSIAN,

        Debtor.

Case No. 18-BK-10905MB

Chapter 13

DEBTOR'S **EX PARTE** MOTION FOR ORDER EXTENDING TIME TO FILE SCHEDULES, STATEMENT OF FINANCIAL AFFAIRS AND RELATED FORMS, AND CHAPTER 13 PLAN; MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION(S) IN SUPPORT THEREOF

[Fed. R. Bankr. P. 1007(a)(5) and 3015(b); Local Bankr. R. 1007-1 and 3015-1(b)(2)]

Date:    [No Hearing Required]
Time:
Place:   Courtroom 301
         United States Bankruptcy Court
         21041 Burbank Boulevard
         Woodland Hills, California 91367

TO THE HONORABLE MARTIN R. BARASH, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND ALL CREDITORS REQUESTING SPECIAL NOTICE:

    LARISSA KIRAKOSIAN ("Debtor"), the chapter 13 debtor in the above captioned case, submits this ex parte motion for an order extending the time for Debtor to file his bankruptcy schedules,

statement of financial affairs and related bankruptcy forms, and Chapter 13 Plan ("Schedules, SOFA And Plan"). Debtor seeks this extension of time so that Debtor and his just retained bankruptcy counsel may finalize and file the Schedules SOFA And Plan, including compiling the necessary documents and information.

Good cause exists for a short extension of time to file Schedules, SOFA And Plan. Debtor, who has been attempting to locate experienced bankruptcy counsel, has just narrowed down her list to retain A attorney as her bankruptcy counsel. Debtor, who has difficulty speaking and understanding English, had been proceeding *in pro per* and, despite Debtor's best efforts, debtor is asking the court for additional time to retain counsel who will require additional time to assist Debtor in preparing the necessary bankruptcy schedules, statement of financial affairs and related forms, and the Chapter 13 Plan.

As a result of these circumstances, Debtor and her bankruptcy request an extension of two (2) weeks, from April 27, 2018, to May 10, 2018, to prepare, finalize and file the Schedules, SOFA And Plan.

This motion is based on this notice and motion, attached memorandum of points and authorities and declaration of Larissa Kirakossian, and the pleadings and papers on file in this case.

Dated: April 27, 2018

BY: <u>LARISSA KIRAKOSIAN</u>

# MEMORANDUM OF POINTS AND AUTHORITIES

## I.

### FACTUAL BACKGROUND

On APRIL 13, 2018 ("Petition Date", LARISSA KIRAKOSIAN ("Debtor"), the chapter 13 debtor in the above captioned case, caused to be filed an emergency voluntary petition for rehabilitation under chapter 13 of Title 11 of the United States Code ("Bankruptcy Code").

Despite Debtor's best efforts to locate experienced bankruptcy counsel, Debtor has only jUST IS IN PROCESS OF retaining attorney as her bankruptcy counsel. Debtor and her new bankruptcy counsel that she will hire require additional time to locate, analyze and input the information regarding Debtor's income and expenses, assets, dates of secured and unsecured debt accumulation and bases of such claims, and other documents pertaining to Debtor's financial affairs and to prepare a Chapter 13 Plan after carefully analyzing Debtor's financial condition.

Debtor is prepared to adhere to er duties and obligations under the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and requests an extension of two (2) weeks, from April 27, 2018, to March 10, 2018, to locate the remaining information/documents, finalize and file his Schedules, SOFA And Chapter 13 Plan.

## II.

### LEGAL ANALYSIS

Rule 1007(a)(5) of the Federal Rules of Bankruptcy Procedure

provides:

> Any extension of time for the filing of the lists required by this subdivision may be granted only on motion for cause shown and on notice to the United States trustee and to any trustee, committee elected under §705 or appointed under §1102 of the Code, or other party as the court may direct.

Similarly, Rule 3015(b) of the Federal Rules of Bankruptcy Procedure provides that an extension of time to file a Chapter 13 Plan, beyond 14 days following the filing of the petition, may only be granted for "cause shown and on notice as the court may direct."

Rule 1007(c) of the Federal Rules of Bankruptcy Procedure governs the time limits for filing schedules and statements, and other documents. Rule 1007(c) provides that "any extension of time for the filing of the schedules and statement may be granted only on motion for **cause** shown . . ." [Emphasis added.] The Rules do not define "cause;" however, "a common cause for an extension of time is the inability of counsel to collect the information necessary to complete the schedules and statements before the deadline for filing." <u>Collier on Bankruptcy,</u> , 1007.04 (15th Ed. Revised 1999).

In the instant case, good cause exists for an extension of time to file Schedules, SOFA And Chapter 13 Plan. Despite Debtor's best efforts to locate experienced bankruptcy counsel, Debtor has only just retained the Aver Firm as his bankruptcy counsel. Debtor, who has difficulty speaking and understanding English, and his newly retained bankruptcy counsel require additional time to locate, analyze and input the information regarding Debtor's income and expenses, assets, dates of secured and unsecured debt accumulation and bases of such claims, and other documents pertaining to Debtor's

financial affairs and to prepare a Chapter 13 Plan after carefully analyzing Debtor's financial condition.

As the requisite cause for an extension exists, Debtor and his newly retained bankruptcy counsel request that this Court authorize an extension of time of two (2) weeks, from April 27, 2018, to May 10, 2018, for the filing of his Schedules, SOFA And Chapter 13 Plan so that Debtor may have adequate time to locate and compile the necessary documents and information, and Debtor and his bankruptcy counsel, may thereafter have adequate time to finalize and file the Schedules, SOFA And Chapter 13 Plan.

### III.

### CONCLUSION

Based upon the foregoing, Larissa Kirakosian respectfully requests that this Court issue an order extending the deadline by which he must file his Bankruptcy Schedules, Statement Of Affairs And Related Forms, and Chapter 13 Plan from April 27, 2018, to May 10, 2018, and for such other and further relief as is just and proper.

Dated: April 27, 2018

By: _____
Debtor, Larissa Kirakosian

## DECLARATION OF LARISSA KIRAKOSIAN

I, LARISSA KIRAKOSIAN, declare:

1. I am the chapter 13 debtor proceeding before the United States Bankruptcy Court for the Central District of California [San Fernando Valley Division], under Case No. 1:18-bk-10905MB, having filed for bankruptcy relief on April 13, 2018.

2. I recently immigrated to the United States from Armenia.

3. I have been attempting to retain experienced bankruptcy counsel and, due in part to my difficulty in speaking and understanding English, have only just been able to narrow down the process of retaining a attorney to represent me in connection with my bankruptcy case.

4. It is my understanding that my bankruptcy schedules, statement of financial affairs and related bankruptcy forms, and Chapter 13 Plan are due oApril 27, 2018.

5. I require additional time to locate and provide my just retained bankruptcy counsel with information and documents necessary to complete my bankruptcy schedules, statement of financial affairs and Chapter 13 Plan, including information and documents pertaining to my income and expenses, assets and liabilities, dates of secured and unsecured debt accumulation, and the state court litigation with which I am involved, so that my just retained counsel may input and analyze the information and documents and we can formulate a Chapter 13 Plan.

6. As a result, I request an extension of two (2) weeks,

Plan.

7. This declaration was translated for me.

8. I have personal knowledge of the facts stated above, except where stated on information and belief, and where so stated, I am informed and believe that such facts are true and correct. If called and sworn as a witness, I could and would competently testify to the above.

Executed this 27th day of April, 2018, at Los Angeles, California. I declare under penalty of perjury that the foregoing in true and correct.

_____
Larissa Kirakosian